## ATTACHMENT A

**Defendant's Acceptance**

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

| 3/4/24 | Bryan Dula |
|---|---|
| Date | Defendant |

Digitally signed by Bryan Dula
DN: C=US,
E=bdula@ameriscandesigns.com,
O="Ameriscan Designs, ", CN=Bryan Dula
Date: 2024.03.04 12:44:52-06'00'

7